# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PR FINANCING LIMITED PARTNERSHIP, | : | No. 387 WAL 2015 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PAUL ELIAS T/A YUM-YUM TASTY DONUTS, | : | |
| | : | |
| | : | |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.